## The People on the relation of James A. Randall v. The Judge of the Wayne Circuit.

*Order to hold to bail vacated: Requiring defendant to enter appearance: Discretion.* Where on defendant's motion, an order to hold to bail is vacated, it is within the discretion of the circuit judge, as a part of the order vacating the same, to require defendant to enter his appearance in the cause.

*Heard June 5.    Decided June 6.*

Application for Mandamus.

*Baker & Thompson,* for the relator, applied *ex parte* for an order to show cause.

THE COURT held that where on motion of the defendant, an order to hold to bail is vacated, it is within the discretion of the circuit judge, as a part of the order vacating the same, to require the defendant to enter his appearance in the cause.

Order to show cause denied.